Certificate Number: 05781-FLS-DE-041673110

Bankruptcy Case Number: 26-24723

05781-FLS-DE-041673110

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 13, 2026, at 6:32 o'clock AM PST, Jean-David Marzuka completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: November 13, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President